IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| H-D U.S.A., LLC, | ) | |
| | ) | Case No. 17-cv-04341 |
| Plaintiff, | ) | |
| | ) | **Judge Thomas M. Durkin** |
| v. | ) | |
| | ) | **Magistrate Judge Young B. Kim** |
| ZHIYASM2016, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Thursday, June 15, 2017, at 9:00 a.m., Plaintiff, by its counsel, shall appear before the Honorable Judge Thomas M. Durkin in Courtroom 1441 at the U.S. District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and present Plaintiff's *Ex Parte* Motion for Entry of a Temporary Restraining Order, including a Temporary Injunction, a Temporary Asset Restraint, and Expedited Discovery, Motion for Electronic Service of Process Pursuant to Fed. R. Civ. P. 4(f)(3), and Motion for Leave to File Under Seal.

Dated this 12th day of June 2017.  Respectfully submitted,

/s/ Justin R. Gaudio
Kevin W. Guynn
Amy C. Ziegler
Justin R. Gaudio
Jessica L. Bloodgood
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
kguynn@gbc.law
aziegler@gbc.law
jgaudio@gbc.law
jbloodgood@gbc.law

*Counsel for Plaintiff H-D U.S.A., LLC*