**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| H-D U.S.A., LLC, | ) | |
| | ) | Case No. 17-cv-04341 |
| Plaintiff, | ) | |
| | ) | **Judge Thomas M. Durkin** |
| v. | ) | |
| | ) | **Magistrate Judge Young B. Kim** |
| ZHIYASM2016, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTIFICATION OF AFFILIATES**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2, Plaintiff H-D U.S.A., LLC ("Plaintiff" or "Harley-Davidson"), by and through its undersigned counsel, certifies that H-D U.S.A., LLC, a Wisconsin limited liability company, is a wholly-owned subsidiary of Harley-Davidson, Inc., which is a publicly traded company.

Dated this 12th day of June 2017.   Respectfully submitted,

/s/ Justin R. Gaudio
Kevin W. Guynn
Amy C. Ziegler
Justin R. Gaudio
Jessica L. Bloodgood
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
kguynn@gbc.law
aziegler@gbc.law
jgaudio@gbc.law
jbloodgood@gbc.law

*Counsel for Plaintiff H-D U.S.A., LLC*