IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| H-D U.S.A., LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ZHIYASM2016, et al., )<br>)<br>Defendants. )<br>) | Case No. 17-cv-04341<br><br>**Judge Thomas M. Durkin**<br><br>**Magistrate Judge Young B. Kim** |

## PLAINTIFF'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION

Plaintiff H-D U.S.A., LLC ("Harley-Davidson" or "Plaintiff") hereby moves this Honorable Court for entry of a Preliminary Injunction. The scope of the Preliminary Injunction is substantially identical to the Temporary Restraining Order entered June 15, 2017. [25]. In support of its Motion, Harley-Davidson files herewith a Memorandum of Law and a further Declaration of Justin R. Gaudio.

Dated this 26th day of June 2017.                Respectfully submitted,

/s/ Justin R. Gaudio
Kevin W. Guynn
Amy C. Ziegler
Justin R. Gaudio
Jessica L. Bloodgood
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
kguynn@gbc.law
aziegler@gbc.law
jgaudio@gbc.law
jbloodgood@gbc.law

*Attorneys for Plaintiff H-D U.S.A., LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of June 2017, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website and send an e-mail to the e-mail addresses identified in Exhibit 3 to the Declaration of Linda Heban and any e-mail addresses provided for Defendants by third parties that includes a link to said website.

s/ Justin R. Gaudio
Kevin W. Guynn
Amy C. Ziegler
Justin R. Gaudio
Jessica L. Bloodgood
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
kguynn@gbc.law
aziegler@gbc.law
jgaudio@gbc.law
jbloodgood@gbc.law

*Attorneys for Plaintiff H-D U.S.A., LLC*
